# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

DERRICK JEROME HAWTHORNE, )
)
Plaintiff, )
)
v. ) Civil No. 3:08CV280-HEH
)
SGT. BACARATH, *et al.*, )
)
Defendants. )

## FINAL ORDER
**(Dismissing Plaintiff's Action for Failure to Comply with Court's Order)**

In accordance with the accompanying Memorandum Opinion, the action is DISMISSED WITHOUT PREJUDICE and the pending motions are DENIED as moot.

Should Plaintiff desire to appeal, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk of the Court is directed to mail a copy of the accompanying Memorandum Opinion and this Order to Plaintiff.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 22, 2008
Richmond, Virginia